Date: 02/21/11

Page:

**DIVIDENDS REMITTED TO THE COURT**
Check Number 2005 Dated 02/21/11
Case Number 10-30735 - LENS, REBECCA J

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Associated Anesthesiologists**<br>CM9710 PO Box 70870<br>**Saint Paul MN 55170**<br>8036 | 000001 | **118.91** | **4.09** |
| **Recovery Management Systems Corporation**<br>**For GE Money Bank**<br>dba **JCPENNEY CREDIT SERVICES**<br>**25 SE 2nd Ave Ste 1120**<br>**Miami FL 33131**<br>6226 | 000002 | **121.05** | **4.16** |
| ---------- Remittance Total ---------- | | **239.96** | **8.25** |

MICHAEL J. IANNACONE, Trustee

RECEIVED
11 FEB 24 AM 11: 52
U.S. BANKRUPTCY COURT
ST. PAUL, MN

Printed: 02/21/11 11:04 AM   Ver: 16.01c